John Balazs, Bar. No. 157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
PAUL A. TALENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL A. TALENT,<br><br>Defendant. | No.  2:90-CR-0408-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Hon. William B. Shubb |

Defendant, PAUL A. TALENT, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's amended motion to reduce sentence under 18 U.S.C. §3582(c)(2) by two weeks as follows:

Defendant's Amended §3582(c)(2) Motion Due:        September 14, 2015

Government's Response Due:        October 14, 2015

Defendant's Reply Due:        October 28, 2015

This request is to provide the defense with additional time to prepare.

Dated: August 31, 2015                             Dated: August 31, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*                                              /s/*John Balazs*
JASON HITT                                                JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                                   Attorney for Defendant
UNITED STATES OF AMERICA         PAUL A. TALENT

**ORDER**

  IT IS SO ORDERED.

Dated: September 1, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE