UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>PAUL A. TALENT,<br><br>     Defendant. | No.  2:90-CR-0408 WBS<br><br>**ORDER** |

----oo0oo----

      Because defendant was sentenced as a career offender, the provisions of 18 U.S.C. § 3582(c) do not apply to his sentence.  United States v. Charles,749 F.3d 767, 770 (9th Cir. 2014)("[R]etroactive amendments regarding sentences under the drug guidelines do not affect individuals who were sentenced as career offenders."); United States v. Waters, 648 F.3d 1114, 1117 (9th Cir. 2011)(finding defendant ineligible for sentence reduction because his career offender guideline was not altered by reduction in drug offense guideline).

      IT IS THEREFORE ORDERED that defendant's amended motion

1

1 | to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) be, and the
2 | same hereby is, DENIED.
3 | Dated:  November 3, 2015

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE